| Caldone v JRM Constr. Mgt., LLC |
|---|
| 2025 NY Slip Op 30393(U) |
| January 30, 2025 |
| Supreme Court, New York County |
| Docket Number: Index No. 160485/2021 |
| Judge: Mary V. Rosado |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | |
|---|---|
| PRESENT: **HON. MARY V. ROSADO** | PART 33M |
| *Justice* | |

-------------------------------------------------------------------X

JOHN CALDONE,

                Plaintiff,

           - v -

JRM CONSTRUCTION MANAGEMENT, LLC,2 RECTOR
STREET (NY), LLC,PIERPONT MECHANICAL
CORPORATION,

                Defendant.

-------------------------------------------------------------------X

JRM CONSTRUCTION MANAGEMENT, LLC

                Plaintiff,

          -against-

PIERPONT MECHANICAL CORPORATION, ASHLAR
MECHANICAL CORP.

                Defendant.

-------------------------------------------------------------------X

2 RECTOR STREET (NY), LLC

                Plaintiff,

          -against-

CONVENE, SENTRY CENTERS HOLDINGS LLC

                Defendant.

-------------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 160485/2021 |
| MOTION DATE | 08/21/2024 |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

Third-Party
Index No. 595516/2023

Second Third-Party
Index No. 595822/2024

The following e-filed documents, listed by NYSCEF document number (Motion 001) 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 114, 115, 116, 117, 118, 119, 120, 121, 122

were read on this motion to/for                      **DISCOVERY**                .

Upon the foregoing documents, and after a conference on January 29, 2025, Third-Party

Defendant Ashlar Mechanical Corp.'s ("Ashlar") motion to compel Plaintiff to produce certain

**160485/2021 CALDONE, JOHN vs. JRM CONSTRUCTION MANAGEMENT, LLC ET AL**
Motion No. 001

**Page 1 of 4**

1 of 4

discovery is granted in part, denied in part, and otherwise resolved pursuant to the status conference order entered by the parties on January 29, 2025.

All issues in this motion have been resolved by the parties except for three requested categories of disclosure:

First, Ashlar seeks e-mails between Plaintiff and his attorneys who represented him in a Workers' Compensation Board matter relating to his C-3 report on January 13, 2021. Ashlar argues these e-mails are not privileged pursuant to the crime-fraud exception.

Second, Ashlar seeks authorizations to access Plaintiff's Instagram account to rebut Plaintiff's claims of loss of enjoyment of life.

Third, Ashlar seeks videos on Plaintiff's cell phone that either he made or received from his children and other individuals of the MMA fights of his son, John Caldone, which purportedly show Plaintiff shadowboxing and jumping, to also rebut claims of loss of enjoyment of life.

Ashlar's request for access to Plaintiff's Instagram account is granted, as this information is discoverable "to the extent it ""contradicts or conflicts with [a] plaintiff's alleged restrictions, disabilities, and losses, and other claims"" (*Doyle v Temco Service Industries, Inc.*, 172 AD3d 554 [1st Dept 2019] quoting *Patterson v Turner Constr. Co.*, 88 AD3d 617, 618 [1st Dept 2011]). For the same reason, Ashlar is entitled to videos on Plaintiff's cell phone from his son's MMA tournaments to the extent it shows him travelling to his son's interstate tournaments and engaging in other physical activity in contravention to his alleged disabilities.

However, at this moment, Ashlar is not entitled to Plaintiff's communications with his attorneys in a Workers' Compensation Board matter relating to his C-3 report. These communications are privileged and although Ashlar alleges a fraudulent conspiracy, these are

**160485/2021   CALDONE, JOHN vs. JRM CONSTRUCTION MANAGEMENT, LLC ET AL**          **Page 2 of 4**
Motion No.  001

2 of 4

merely allegations. Absent an adjudication and finding of fraud by some authority, allegations alone are insufficient to overcome the protections of the attorney-client privilege.

Accordingly, it is hereby,

ORDERED after a conference on January 29, 2025, Third-Party Defendant Ashlar Mechanical Corp.'s ("Ashlar") motion to compel Plaintiff to produce certain discovery is granted in part, denied in part, and otherwise resolved pursuant to the status conference order entered by the parties on January 29, 2025; and it is further

ORDERED that Third-Party Defendant Ashlar Mechanical Corp.'s motion is granted to the extent Plaintiff is directed to produce an authorization for Ashlar to access his Instagram account, and to produce videos on his cell phone depicting Plaintiff at his son's MMA tournaments, to the extent it shows him travelling to his son's interstate tournaments and engaging in other physical activity in contravention to his alleged disabilities, within thirty-days of entry of this Decision and Order; and it is further

ORDERED that Third-Party Defendant Ashlar Mechanical Corp.'s motion is denied, without prejudice, to the extent he seeks e-mail correspondence between Plaintiff and his Workers' Compensation Board attorneys relating to his C-3 report; and it is further

ORDERED that in all other respects, the motion is resolved in accordance with the status conference order entered by the parties at the January 29, 2025 status conference; and it is further

[*The remainder of this page is intentionally left blank.*]

**160485/2021   CALDONE, JOHN vs. JRM CONSTRUCTION MANAGEMENT, LLC ET AL**
**Motion No. 001**

**Page 3 of 4**

3 of 4

[* 3]

ORDERED that within ten days of entry, counsel for Third-Party Defendant Ashlar Mechanical Corp. shall serve a copy of this Decision and Order, with notice of entry, on all parties via NYSCEF.

This constitutes the Decision and Order of the Court.

| 1/30/2025 | | | | | May V Rosa JSC |
|---|---|---|---|---|---|
| **DATE** | | | | | **HON. MARY V. ROSADO, J.S.C.** |

CHECK ONE:
☐ CASE DISPOSED  ☒ NON-FINAL DISPOSITION
☐ GRANTED  ☐ DENIED  ☐ GRANTED IN PART  ☒ OTHER

APPLICATION: ☐ SETTLE ORDER  ☐ SUBMIT ORDER

CHECK IF APPROPRIATE: ☐ INCLUDES TRANSFER/REASSIGN  ☐ FIDUCIARY APPOINTMENT  ☐ REFERENCE

**160485/2021   CALDONE, JOHN vs. JRM CONSTRUCTION MANAGEMENT, LLC ET AL**
**Motion No.  001**

Page 4 of 4

4 of 4